IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMMIE L. CARTER,

      Plaintiff,                                                                                                  ORDER

v.
                                             Case No.   14-cv-469-wmc

SANDRA M. ASHTON,

      Defendant.

---

TOMMIE L. CARTER,

      Plaintiff,                                                                                                  ORDER

v.
                                             Case No.   14-cv-470-wmc

BURTON COX AND
JOLINDA WATERMEN,

      Defendants.

---

Plaintiff Tommie L. Carter, a prisoner in the custody of the Wisconsin Department of Corrections, has filed two proposed civil complaints.  In another case plaintiff recently filed in this court, plaintiff was granted leave to proceed without prepayment of the filing fee and assessed an initial partial payment of $2.88.  Because plaintiff has not paid the filing fees for filing the above captioned cases, he presumably seeks to proceed without prepayment of the fees in these cases as well.  After considering plaintiff's motion and supporting documentation from his recently filed case, the court concludes that plaintiff still qualifies for indigent status.

For these cases to proceed, plaintiff must submit $2.88 for each case on or before July 22, 2014.  If plaintiff does not have the money to make the initial partial payments in his

regular account, he will have to arrange with prison authorities to pay some or all of the assessments from his release account.  This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fees from his release account.  The only amount plaintiff must pay at this time is the $2.88 initial partial payments for each case.  Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payments to this court.

ORDER

IT IS ORDERED that,

1.      Plaintiff Tommie L. Carter is assessed $2.88 as an initial partial payment of the $350.00 fee for filing case 14-cv-469-wmc.  He is to submit a check or money order made payable to the clerk of court in the amount of $2.88 on or before July 22, 2014.

2.      Plaintiff Tommie L. Carter is assessed $2.88 as an initial partial payment of the $350.00 fee for filing case 14-cv-470-wmc.  He is to submit a check or money order made payable to the clerk of court in the amount of $2.88 on or before July 22, 2014.

3.      If, by July 22, 2014, plaintiff fails to make the initial partial payments or show cause for his failure to do so, he will be held to have withdrawn these actions voluntarily and the cases will be closed without prejudice to plaintiff's filing his cases at a later date.

4.      No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the

complaints as required by the PLRA, 28 U.S.C. § 1915A.   Once the screening process is complete, a separate order will issue.


Entered this 1st day of July, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge